UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19222
    GREGORY NOLAN

                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-5138

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/25/08 .

    2.  The case was dismissed without confirmation, 11/14/2008.

    3.  The Debtor paid a total of $   450.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED VEHIC | .00 | .00 | 125.00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | .00 | .00 | 60.00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MAIN STREET | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDITOR ADJUST | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| NATURESCOPE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MAYWOOD | UNSECURED | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------

|                   | SECURED | PRIORITY | UNSECURED | OTHER  | TOTAL   |
| ----------------- | ------- | -------- | --------- | ------ | ------- |
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00    | .00     |
| PRINCIPAL PAID    | 185.00  | .00      | .00       | .00    | 185.00  |
| INTEREST PAID     | .00     | .00      | .00       | .00    | .00     |
| TOTAL PAID        | 185.00  | .00      | .00       | .00    | 185.00  |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $    26.00  direct and $    241.14  through the plan.

The Trustee received $    23.86 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/09                /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE